# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of January, two thousand and seventeen.

_____

United States of America,

Appellee,

      v.

Shaun Taylor,

Defendant-Appellant.
_____

**CORRECTED ORDER**

Docket Nos. 16-3274(L), 16-4088(Con)

      IT IS HEREBY ORDERED that Elizabeth Latif is relieved as counsel for Appellant. Megan Wolfe, Esq., Bennett, Kreindler & Kreindler LLP, 750 Third Avenue, 32nd Floor, New York, NY 10017, is assigned as new counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Attorney Wolfe is directed to review Local Rule 12.2 regarding the filing of Form B and Local Rule 31.2 regarding procedures for setting the filing dates for the submission of briefs.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court